IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00054-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD ALLEN NEWMAN, and
2. RENAE JIMINEZ DAVIS

    Defendants.

## ORDER

    Defendant Richard Allen Newman, joined by defendant Renae Jiminez Davis and the Government, moves to continue the filing deadlines, trial preparation conference and trial in this matter pursuant to 18 U.S.C. § 3161(h)(8)(B)(i), (iv). Based on the parties' assertions presented in the motion and made at a May 11, 2007 hearing, this court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. In particular, the following facts lead this court to conclude that failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to § 3161(h)(8)(B)(iv).

    First, the appointment of defendants' counsel left little time for research and preparation of pretrial motions. Although Mr. Newman and Ms. Davis were indicted on February 7, 2007, their counsel were not appointed until April 23 and 24, 2007, respectively. The court's order setting trial dates and deadlines was issued on April 25, 2007; this order set the deadline for defendants' pretrial motions at May 4, 2007 and the trial date at May 29, 2007. Thus, defendants' counsel had just nine days to research the charges pending against their clients and develop pretrial motions based on that research.

Second, the nature of the charges in this matter indicate that this was an inadequate amount of time for research and preparation in this matter. There are a total of six counts in the indictment, each of which alleges separate incidents occurring on different dates and in various locales of Colorado and Nebraska. According to defendants' motion, the Government has provided defendants' counsel with at least 500 pages of discovery materials stemming from these alleged incidents. In addition, count VI of the indictment is predicated on Mr. Newman's criminal history and names a variety of alleged prior felony convictions dating back to 1982 in support of this count. Finally, both defendants and the Government indicated at the motion hearing that related charges are pending in several state and county jurisdictions against the defendants which are likely to influence the resolution of this matter through plea agreements. Thus, although this case may not involve a large number of defendants, a complex prosecution strategy or particularly novel questions of fact or law, it will nevertheless likely require extensive factual investigation by defendants' counsel to prepare adequately for trial or to determine an appropriate plea disposition.

These facts convince this court that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendants in a speedy trial, as required by § 3161(h)(8)(A). The motion to continue is therefore GRANTED, and the period of continuance shall be excluded in computing the time within which trial must occur under 18 U.S.C. § 3161(c)(1), and in computing the time limitation upon detention of the defendants under 18 U.S.C. § 3164(b). Trial in this matter remains a 3-day jury trial on the docket of Judge David M. Ebel in the U.S. District Courthouse Courtroom C201, 2d Floor (Byron G. Rogers Courthouse), 1961 Stout Street, Denver, Colorado, and is continued until **Monday, August 13, 2007 at 8:30 a.m**. Defendants' revised deadline for filing of pretrial motions is **Thursday, July 19, 2007**, and the Government's responses are due **Thursday, July 26, 2007**. The Final Trial Preparation Conference will take place on **Thursday, August 2, 2007 at 10:00 a.m.** Pursuant to Local Rule D.C.Colo.LCrR 11.1, any Notice of Disposition shall be filed no later than 14 days before the revised trial date. Jury instructions must be filed and served at least one week prior to the Final Trial Preparation Conference.

IT IS SO ORDERED.

DATED: May 11, 2007

BY THE COURT:

*s/ David M. Ebel*

---

David M. Ebel
United States Circuit Judge