IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 07-cr-00054-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD ALLEN NEWMAN, and
2. **RENAE JIMINEZ DAVIS**

    Defendants.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

A Notice of Disposition was filed by Defendant Renae Jiminez Davis in the above matter on July 17, 2007. A Change of Plea hearing for Defendant Renae Jiminez Davis is set for **August 8, 2007, at 2:00 p.m. Counsel shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on August 6, 2007.** <u>If these documents are not timely submitted, the hearing will be vacated.</u> **In addition, <u>the original and one copy</u> of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).** In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that Defendant Renae Jiminez Davis is excused from attending the Final Trial Preparation Conference.

DATED: July 23, 2007.

                                                BY THE COURT:

                                                *s/ David M. Ebel*

                                                _____
                                                David M. Ebel
                                                United States Circuit Judge